

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00303-CR

Moises **TRUJILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4416
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 15, 2016.

_____
Patricia O. Alvarez, Justice